**No. 11-6727. Richard Morales, Petitioner v. United States.**

565 U.S. 1031, 132 S. Ct. 562, 181 L. Ed. 2d 417, 2011 U.S. LEXIS 8068.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 635 F.3d 39.

**No. 11-443. In re Andrew J. Johnson, Petitioner.**

565 U.S. 1012, 132 S. Ct. 566, 181 L. Ed. 2d 417, 2011 U.S. LEXIS 7965.

November 7, 2011. Petition for writ of habeas corpus denied.

**No. 11-6758. In re Neville Porras, Petitioner.**

565 U.S. 1012, 132 S. Ct. 565, 181 L. Ed. 2d 417, 2011 U.S. LEXIS 8045.

November 7, 2011. Petition for writ of habeas corpus denied.

**No. 11-6807. In re Naricco Scott, Petitioner.**

565 U.S. 1013, 132 S. Ct. 568, 181 L. Ed. 2d 417, 2011 U.S. LEXIS 8030.

November 7, 2011. Petition for writ of habeas corpus denied.

**No. 11-6889. In re Baljit Singh, Petitioner.**

565 U.S. 1013, 132 S. Ct. 569, 181 L. Ed. 2d 417, 2011 U.S. LEXIS 8034,

November 7, 2011. Petition for writ of habeas corpus denied.

**No. 11-6917. In re Leonard Walker, Petitioner.**

565 U.S. 1013, 132 S. Ct. 569, 181 L. Ed. 2d 417, 2011 U.S. LEXIS 8051.

November 7, 2011. Petition for writ of habeas corpus denied.

**No. 11-6183. In re Samuel Rivera, Petitioner.**

565 U.S. 1013, 132 S. Ct. 552, 181 L. Ed. 2d 417, 2011 U.S. LEXIS 7971,

November 7, 2011. Petition for writ of mandamus denied.

**No. 10-1508. Azam Ansari, Petitioner v. NCS Pearson, Inc., dba Pearson VUE, et al.**

565 U.S. 1031, 132 S. Ct. 572, 181 L. Ed. 2d 417, 2011 U.S. LEXIS 8048.

November 7, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 825, 132 S. Ct. 116, 181 L. Ed. 2d 40, 2011 U.S. LEXIS 5298.